# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.
AUG 1 0 2005
U.S. DISTRICT COURT
W. DIST. OF NC

LEBERT GEORGE HINDS,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV232-1-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2005, Order.

August 10, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*
Carolyn B. Bouchard, Deputy Clerk